No. 275, Misc.   BLOOMBAUM *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 277, Misc.   LIEBENDORFER *v.* GAYLE.   Ct. App. La., 3d Cir.   Certiorari denied.   *Thomas C. Hall* for respondent.

No. 279, Misc.   TEPLITSKY *v.* BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR.   C. A. 2d Cir.   Certiorari denied.   *Solicitor General Griswold* for respondent.

No. 282, Misc.   NIETO *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 287, Misc.   ODEN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 289, Misc.   BISHOP *v.* HUFF, SHERIFF.   Sup. Ct. Ga.   Certiorari denied.   *Thomas S. Lawson, Jr.,* for respondent.

No. 292, Misc.   DAVIS *v.* BROWN, DIRECTOR, DEPARTMENT OF WELFARE AND INSTITUTIONS.   C. A. 4th Cir. Certiorari denied.

No. 295, Misc.   BASS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *G. Wray Gill, Sr.,* and *George M. Leppert* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.